UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE STATE OF CONNECTICUT OFFICE OF PROTECTION AND ADVOCACY FOR PERSONS WITH DISABILITIES, : : : : Plaintiff, : : v. : THOMAS A. KIRK, in his official capacity as Commissioner of the State Department of Mental Health and Addiction Services; SUSAN GRAHAM, in her official capacity as the superintendent of Cedarcrest Hospital of the State Department of Mental Health and Addiction Services; GARRELL MULLANEY, in his official capacity as the Chief Executive Officer of the Connecticut Valley Hospital of the State Department of Mental Health and Addiction Services; and KENNETH MARCUS, in his official capacity as Medical Director of Mental Health and Addiction Services; : : : : : : : : : : : : : : : : : Defendants. | CASE NO. 3:02CV766 (DJS) |

## JUDGMENT

This action having come on for consideration of the plaintiff's motion for summary judgment (dkt.#22) and defendants' motion for summary judgment (dkt.# 25) before the Honorable Dominic J. Squatrito, United States District Judge and,

The court having considered the full record of the case including applicable

principles of law, and having filed a Memorandum of Decision granting the plaintiff's motion for summary judgment and denying the defendants' motion for summary judgment, therefore it is

ORDERED, ADJUDGED and DECREED that judgment for the plaintiff shall enter on all counts of the complaint. A declaratory judgment and injunction shall issue as follows:

> **Defendants, THOMAS A. KIRK, in his official capacity as Commissioner of the State Department of Mental Health and Addiction Services; SUSAN GRAHAM, in her official capacity as the superintendent of Cedarcrest Hospital of the State Department of Mental Health and Addiction Services; GARRELL MULLANEY, in his official capacity as the Chief Executive Officer of the Connecticut Valley Hospital of the State Department of Mental Health and Addiction Services; and KENNETH MARCUS, in his official capacity as Medical Director of the State Department of Mental Health and Addiction Services; violate the Protection and Advocacy for Individuals with Mental Illness Act of 1986, 42 U.S.C. §§10801-10827, by:**
>
> 1. **Denying the State of Connecticut Office of Protection and Advocacy for Persons with Disabilities access to records, including peer review records, of Ms. Rose Marie Cinami and Mr. James Bell; and**
>
> 2. **Preventing the State of Connecticut Office of Protection and Advocacy for Persons with Disabilities from fully performing its statutory duty to investigate incidents of suspected abuse and neglect of persons with mental illness in violation of the Protection and Advocacy for Individuals with Mental Illness Act of 1986, 42 U.S.C. §§10801-10827.**
>
> Therefore, defendants shall provide the State of Connecticut Office of Protection and Advocacy for Persons with Disabilities with all reports, documents, and records of Ms. Rose Marie Cinami and Mr. James Bell, including peer review records, on or before March 11, 2005.

Dated at Hartford, Connecticut, this 17th day of February 2005.

                 KEVIN F. ROWE, Clerk

                 By _____
                    Deputy Clerk