**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| THE STATE OF CONNECTICUT, | | |
| OFFICE OF PROTECTION AND | | |
| ADVOCACY FOR PERSONS | | |
| WITH DISABILITIES | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:02CV766 (DJS) |
| | : | |
| v. | : | |
| | : | |
| THOMAS A. KIRK, COMMISSIONER, | | |
| DEPARTMENT OF MENTAL HEALTH | | |
| AND ADDICTION SERVICES, ET AL. | : | |
| *Defendants* | : | March 9, 2005 |

## MOTION FOR STAY

Pursuant to Rule 62 of the Federal Rules of Civil Procedure, the defendants respectfully move for a stay of the final judgment entered by this Court on February 17, 2005, which requires the defendants to provide the plaintiff with peer review records on or before March 11, 2005, until March 18, 2005, which is the end of the thirty (30) day appeal period provided by Rule 4 of the Federal Rules of Appellate Procedure. The defendants move for an order of stay for the following reasons:

1. The defendants are in the process of determining whether to file an appeal to the United States Court of Appeals for the Second Circuit from this Court's final judgment of February 17, 2005.

2. The process of determining whether to file an appeal involves a number of steps, including input from the named defendants who are directly affected by the order to disclose peer review records to the plaintiff and consideration of the issue by a Litigation Management

**ORAL ARGUMENT NOT REQUESTED**

Committee within the Office of the Attorney General.   These steps have not yet been completed, but will be by the end of the appeal period, March 18, 2005.

    3.  If the peer review records at  issue are disclosed to the plaintiff, this matter would arguably become moot, thereby depriving the defendants of an opportunity for further review of this matter,  which the defendants believe raises important legal and policy issues.

    4.  The defendants believe this motion is consistent with the generally accepted view that judicial action under Rule 62 is appropriate in order to preserve the integrity of the right to pursue an appeal.  See 12 *Moore's Federal Practice*, § 62.06 (Matthew Bender 3d Ed.).

    The defendants have contacted counsel for the plaintiff, Attorney Paulette G. Annon, who

stated that the plaintiff does not object to this Motion for Stay.

DEFENDANTS

RICHARD BLUMENTHAL
ATTORNEY GENERAL

Richard J. Lynch
Assistant Attorney General

Rosemary M. McGovern
Assistant Attorney General

BY:     /s/ Thomas J. Ring
Thomas J. Ring
Assistant Attorney General
Federal Bar No. ct08293
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385
Thomas.Ring@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing  Motion for Stay  was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 9th day of March, 2005,  first class postage prepaid to:


Attorney Paulette G. Annon
Attorney Nancy B. Alisberg
Office of Protection and Advocacy
for Persons with Disabilities
60B Weston Street
Hartford, CT 06120

                                        /s/ Thomas J. Ring
                                        Thomas J. Ring
                                        Assistant Attorney General