UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE STATE OF CONNECTICUT, OFFICE OF PROTECTION AND ADVOCACY FOR PERSONS WITH DISABILITIES | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:02CV766 (DJS) |
| | : | |
| v. | : | |
| | : | |
| THOMAS A. KIRK, COMMISSIONER, DEPARTMENT OF MENTAL HEALTH AND ADDICTION SERVICES, ET AL. | : | |
| *Defendants* | : | March 18, 2005 |

## MOTION FOR STAY

Pursuant to Rule 62(c) of the Federal Rules of Civil Procedure, the defendants respectfully move for a stay of the final judgment entered by this Court on February 17, 2005 during the pendency of the defendants' appeal from that judgment. The defendants move for an order of stay for the following reasons:

1. The defendants filed their Notice of Appeal in this matter on this date, March 18, 2005.

2. The final judgment of this Court requires the defendants to provide the plaintiff with certain peer review records. Plaintiff's legal entitlement to these records is the sole issue in this case.

3. If the peer review records at issue are disclosed to the plaintiff, this matter would arguably become moot, thereby depriving the defendants of an opportunity for further review of this matter, which the defendants believe raises important legal and policy issues.

**ORAL ARGUMENT NOT REQUESTED**

4. The defendants believe this motion is consistent with the generally accepted view that judicial action under Rule 62 is appropriate in order to preserve the integrity of the right to pursue an appeal. See 12 *Moore's Federal Practice*, §62.06 (Matthew Bender 3d Ed.).

The defendants have contacted counsel for the plaintiff, Attorney Paulette G. Annon, who stated that the plaintiff does not object to this Motion for Stay.

          DEFENDANTS

          RICHARD BLUMENTHAL
          ATTORNEY GENERAL

          Richard J. Lynch
          Assistant Attorney General

          Rosemary M. McGovern
          Assistant Attorney General

BY:  /s/ Thomas J. Ring
      Thomas J. Ring
      Assistant Attorney General
      Federal Bar No. ct08293
      55 Elm Street
      P.O. Box 120
      Hartford, CT  06141-0120
      Tel: (860) 808-5210
      Fax: (860) 808-5385
      Thomas.Ring@po.state.ct.us

# CERTIFICATION

I hereby certify that a copy of the foregoing Motion for Stay was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 18th day of March, 2005, first class postage prepaid to:

Attorney Paulette G. Annon
Attorney Nancy B. Alisberg
Office of Protection and Advocacy
for Persons with Disabilities
60B Weston Street
Hartford, CT 06120

/s/ Thomas J. Ring
Thomas J. Ring
Assistant Attorney General