UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE STATE OF CONNECTICUT, OFFICE OF PROTECTION AND ADVOCACY FOR PERSONS WITH DISABILITIES | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:02CV766 (DJS) |
| | : | |
| v. | : | |
| | : | |
| THOMAS A. KIRK, COMMISSONER, DEPARTMENT OF MENTAL HEALTH AND ADDICTION SERVICES, ET AL. | : | |
| *Defendant* | : | March 18, 2005 |

## NOTICE OF APPEAL

Notice is hereby given that Thomas A. Kirk, Commissioner, Department of Mental Health and Addiction Services; Susan Graham, Superintendent of Cedarcrest Hospital; Garrell Mullaney, Chief Executive Officer of Connecticut Valley Hospital; and Kenneth Marcus, Medical Director of the Department of Mental Health and Addiction Services, who are all of the defendants in the above-captioned case, hereby appeal to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on the 17th day of February, 2005.

DEFENDANTS

RICHARD BLUMENTHAL
ATTORNEY GENERAL

Richard J. Lynch
Assistant Attorney General

Rosemary M. McGovern
Assistant Attorney General

          BY: /s/ Thomas J. Ring
              Thomas J. Ring
              Assistant Attorney General
              Federal Bar No. ct08293
              55 Elm Street
              P.O. Box 120
              Hartford, CT  06141-0120
              Tel: (860) 808-5210
              Fax: (860) 808-5385

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Notice of Appeal was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 18th day of March , 2005, first class postage prepaid to:

Attorney Paulette G. Annon
Attorney Nancy B. Alisberg
Office of Protection and Advocacy
for Persons with Disabilities
60B Weston Street
Hartford, CT 06120

/s/  Thomas J. Ring
Thomas J. Ring
Assistant Attorney General