UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PROTECTION<br>*Plaintiff* | ) <br> ) <br> ) | CIVIL ACTION NO. 3:02cv00766(DJS) |
| v. | ) <br> ) | USCA NO. 05-1457-cv |
| MENTAL HEALTH<br>*Defendant* | ) <br> ) <br> ) | |

## INDEX TO THE RECORD ON APPEAL

No. of pages

Cert. Copy of docket sheet

| Date Filed | Document Name/Court Document No. | Document No. |
|---|---|---|
| 5/3/02 | Complaint, doc. #1 | 1 |
| 5/3/02 | Pltf's Motion for Preliminary Injunction, doc. #3 | 2 |
| 5/3/02 | Pltf's Memorandum in Support of Motion for Preliminary Injunction, doc. #4 | 3 |
| 5/3/02 | Affidavit of Susan J. Werboff re Motion for Preliminary Injunction, doc. #5 | 4 |
| 5/3/02 | Affidavit of Brian D. O'Rourke re Motion for Preliminary Injunction, doc. #6 | 5 |
| 5/3/02 | Affidavit of Maria V. Cruz re Motion for Preliminary Injunction, doc. #7 | 6 |
| 6/28/02 | Def's Answer, doc. #12 | 7 |
| 9/6/02 | Def's Motion to Amend Answer, doc. #15 | 8 |
| 9/30/02 | Def's Amended Answer, doc. #16 | 9 |
| 12/10/02 | Ruling denying Pltf's Motion for Preliminary Injunction, SQUATRITO, J., doc. #18 | 10 |
| 4/21/03 | Pltf's Motion for Summary Judgment, doc. #22 | 11 |

| | | |
|---|---|---|
| 4/21/03 | Pltf's Statement of Material Facts regarding Motion for Summary Judgment, doc. #23 | 12 |
| 4/21/03 | Pltf's Memorandum in Support of Motion for Summary Judgment, doc. #24 | 13 |
| 4/21/03 | Def's Motion for Summary Judgment, doc. #25 | 14 |
| 4/21/03 | Def's Statement of Material Fact regarding Motion for Summary Judgment, doc. #26 | 15 |
| 4/21/03 | Def's Memorandum in Support of Motion for Summary Judgment, doc. #27 | 16 |
| 5/14/03 | The Connecticut Hospital Association's Motion for Eileen R. Becker to File Amicus Brief, doc. #30 | 17 |
| 5/16/03 | Pltf's Memorandum in Opposition to Def's Motion For Summary Judgment, doc. #31 | 18 |
| 5/16/03 | Pltf's Memorandum of Law in Support of Opposition Memorandum, doc. #32 | 19 |
| 5/16/03 | Def's Memorandum in Opposition to Pltf's Motion for Summary Judgment, doc. #33 | 20 |
| 5/16/03 | Def's Statement of Material Fact regarding Motion for Summary Judgment, doc. #34 | 21 |
| 5/20/03 | Pltf's Statement of Material Fact, regarding Motion for Summary Judgment, doc. #35 | 22 |
| 5/27/03 | Pltf's Reply to response to Motion for Summary Judgment, doc.#36 | 23 |
| 5/27/03 | Def's Reply to response to Motion for Summary Judgment, doc. #37 | 24 |
| 6/02/03 | Pltf's Memorandum in Opposition to Motion for Eileen R. Becker To File Amicus Brief by the Connecticut Hosp. Assoc., doc. #38 | 25 |
| 6/12/03 | Ruling granting Motion for Eileen R. Becker to File Amicus Brief by Conn. Hosp. Assoc., dated June 12, 2003 SQUATRITO, J., doc. #39 | 26 |

| Date | Description | Page |
|---|---|---|
| 6/12/003 | The Connecticut Hospital Association's Brief of Amicus Curiae to Def's Motion for Summary Judgment and Pltf's Motion for Summary Judgment, doc. #40 | 27 |
| 6/16/03 | The Connecticut Hospital Association's Reply to Response to Motion for Eileen R. Becker to File Amicus Brief, doc. #44 | 28 |
| 7/28/03 | National Association's Amicus Brief re Motion for Summary Judgment, doc. #45 | 29 |
| 2/16/05 | Pltf's Notice of Intent to File Supplemental Authority, doc. #47 | 30 |
| 2/16/05 | Order granting Motion for Summary Judgment, denying Motion for Summary Judgment,SQUATRITO, J., doc. #48 | 31 |
| 2/17/05 | JUDGMENT in favor of plaintiff against defendant, BAUER, J. doc. #49 | 32 |
| 3/9/05 | Def's Motion to Stay re Judgment (filed March 9, 2005), doc. #50 | 33 |
| 3/10/05 | Order granting Motion to Stay, dated March 10, 2005, SQUATRITO, J., doc.# 51 | 34 |
| 3/18/05 | Def's Motion to Stay re Judgment (filed March 18, 2005), doc. #52 | 35 |
| 3/18/05 | Notice of Appeal doc. #53 | 36 |

Clerk's Certificate

## CERTIFICATION

I certify that a copy of the foregoing index to the record on appeal was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 7th day of June, 2005, first class postage prepaid to:

Attorney Paulette G. Annon
Attorney Nancy B. Alisberg
Office of Protection and Advocacy for
    Persons with Disabilities
60B Weston Street
Hartford, CT 06106

Rosemary M. McGovern
Assistant Attorney General