**MANDATE**

CTDC INHCT
02-CV-766
SQUATRITO

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

## JUDGMENT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 5th of May, two thousand and six.

Before:  Hon. Sonia Sotomayor,
         Hon. Reena Raggi,
              *Circuit Judges,*
         Hon. Miriam Goldman Cedarbaum,
              *District Judge.*\*

Docket No. 05-1457-cv

---

PROTECTION & ADVOCACY FOR PERSONS WITH DISABILITIES,
State of CT,

                 *Plaintiff-Appellee,*

    v.

MENTAL HEALTH & ADDICTION SERVICES, Thomas A. Kirk /o Comm,

                 *Defendant-Appellant,*

CONNECTICUT HOSPITAL ASSOCIATION, INC. and NATIONAL ASSOCIATION OF PROTECTION AND ADVOCACY SYSTEMS,

                 *Amicus Curiaes.*

---

Appeal from the United States District Court for the District of Connecticut.

This cause came on to be heard on the transcript of record from the United States District Court for the District of Connecticut and was argued by counsel.

---

\* The Honorable Miriam Goldman Cedarbaum, Judge of the United States District Court for the Southern District of New York, sitting by designation.

Issued as Mandate: 5/26/06

On consideration whereof, it is hereby ORDERED, ADJUDGED and DECREED that the judgment of said District Court be and it hereby is AFFIRMED in accordance with the opinion of this Court.

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by

Tracy W. Young
Motions Staff Attorney

A TRUE COPY
Roseann B. MacKechnie, CLERK

by Tammy Mortimer
DEPUTY CLERK

Protection v. Mental Health, Docket No. 05-1457-cv